IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOGICAL SOLUTION SERVICES, INC.<br><br>                  Plaintiff,<br><br>  v.<br><br>RICHARD MCMAHON,<br><br>                  Defendant. | Civil Action<br><br>Case No. 3:24-cv-06276-ZNQ-TJB<br><br>**CERTIFICATION OF DOUGLAS DIAZ, ESQ. IN OPPOSITION TO MOTION TO DISMISS** |

I, Douglas Diaz, Esquire, upon personal knowledge, certify and declare under penalty of Perjury as follows:

1. I am an attorney with Archer & Greiner, P.C., counsel for Plaintiff Logical Solution Services, Inc. in this matter.

2. Attached as Exhibit A to the Brief in Opposition to Defendant's Motion to Dismiss under Federal Rule 12(b)(2) ("Brief") Memorandum is a true and accurate copy of Plaintiff's Complaint.

3. Attached as Exhibit B to the Brief is a true and accurate copy of the Certification of Victor Cruz.

4. Attached as Exhibit C is a true and accurate copy of <u>Lawn Doctor, Inc. v. Branon</u>, 2008 WL 2064477 (D.N.J. 2008).

5. Attached as Exhibit D is a true and accurate copy of <u>Moore v. St. Paul Companies, Inc.</u>, 1995 WL 11187 (D.N.J. 1995).

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/Douglas Diaz</u>
Douglas Diaz

Dated: August 5, 2024

229196755 v1