

**Douglas Diaz**
ddiaz@archerlaw.com
856-616-2614 Direct

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

July 11, 2025

**Via ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 6E
Trenton, New Jersey 08608

      Re:    **Logical Solution Services, Inc. v. Richard McMahon**
              **Case No. 3:24-cv-06276-ZNQ-TJB**

Dear Judge Bongiovanni:

      This firm is counsel to Plaintiff Logical Solution Services, Inc. ("LSS"). The parties have exchanged written discovery but Defendant requires additional time to consider a settlement demand made by Plaintiff. Therefore, the parties jointly request an extension of two (2) weeks, to July 25, 2025, to submit a joint status report in this matter.

      Thank you for the Court's consideration of this request.

                                      Respectfully submitted,

                                      */s/Douglas Diaz*
                                      DOUGLAS DIAZ

cc:    Phil Eckenrode, Esq.
       Hannah J. Kraus, Esq.
       Scott A. Sears, Esq.

230716842 v2